IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| RASHAD BELL, <br> Institutional ID No. 1742944 <br><br> Plaintiff, <br><br> v. <br><br> JENNIFER COZBY, *et al.*, <br><br> Defendants. | § § § § § § § § § § § § | Civil Action No. 1:23-CV-00074-BU |

## JUDGMENT

In accordance with the Order issued this same day, it is the judgment of this Court that Plaintiff Rashad Bell's Complaint, and all claims alleged therein, are DISMISSED as moot or in the alternative under 28 U.S.C. §§ 1915(e)(2)(B)(i)–(ii) and 1915A(b)(1) as frivolous and for failure to state a claim on which relief may be granted.

ENTERED this 26th day of April 2024.

_____
JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE

1